UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JENNIFER L. BOJE,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No.:<br><br>COMPLAINT |

## **COMPLAINT**

This is an action seeking damages against the United States government for negligence under the Federal Tort Claims Act.

### I.  **JURISDICTION**

1. The jurisdiction of this Court is based upon the Federal Tort Claims Act, 28 U.S.C. §'s 1346(b), 2671-2680.  Paragraphs 2 through 6 hereof are incorporated herein by reference.

2. Plaintiff Jennifer L. Boje is a citizen of the United States and resides in this judicial district.

3. Plaintiff filed a claim with the United States Postal Service on or about

COMPLAINT - 1
*(Case No.)*

Harold D. Carr, P.S.
4239 Martin Way E.
Olympia WA 98516
(360) 455-0030
Fax (360) 455-0031

November 12, 2019, as required by 28 U.S.C. §2675(a). A copy of that claim is attached as Exhibit A.

4. The United States Postal Service has failed to make a disposition of Plaintiff's claim within six months from the date of the Plaintiff's filing of the request for reconsideration.

## II. VENUE

5. Venue is proper under 28 U.S.C. §1402(b) because the acts giving rise to the claim occurred in this judicial district.

## III. CLAIMS FOR RELIEF – FEDERAL TORT CLAIMS ACT

6. On May 11, 2018, Laura Belongia, while employed with the United States Postal Service and operating a motor vehicle owned by the United States Postal Service negligently collided the motor vehicle into plaintiff Jennifer L. Boje while plaintiff was riding a bicycle, in a cross walk, in the city of Centralia, Lewis County, State of Washington.

7. At the time of the collision, Laura Belongia was acting within the course and scope of her employment with the United States government as an employee of the United States Postal Service.

8. As a result of the collision, plaintiff Jennifer L. Boje sustained serious physical and emotional injuries and other damages.

9. As a result of her injuries, plaintiff Jennifer L. Boje has suffered, and continues to suffer, physical disability, pain, emotional trauma, medical expenses, loss of earnings and earnings capacity, and such other general and special damages as shall be

COMPLAINT - 2
*(Case No.)*

Harold D. Carr, P.S.
4239 Martin Way E.
Olympia WA 98516
(360) 455-0030
Fax (360) 455-0031

proven at the time of trial.

## IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against the Defendant as follows:

1. For damages sustained by Plaintiff in the amount of $200,020.00, including past and future medical expenses and other health care expenses, pain and suffering, both mental and physical, past and future permanent partial disability and disfigurement, loss of enjoyment of life, damages to property, past and future special damages, and exemplary and other damages.

2. Interest calculated at the maximum amount allowable by law, costs of suit and other and further relief as this Court may deem just and equitable.

Dated this 20th day of January, 2021

HAROLD D. CARR, P.S.

By: _____
Adam C. Cox, WSBA #35677
Attorney for Plaintiff
Harold D. Carr, P.S.
10136 Bridgeport Way SW
Lakewood, WA 98499
P: 253-365-6565
F: 253-365-6350

COMPLAINT - 3
(Case No.)

Harold D. Carr, P.S.
4239 Martin Way E.
Olympia WA 98516
(360) 455-0030
Fax (360) 455-0031