*The Honorable Robert J. Bryan*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JENNIFER L. BOJE,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No.:  3:21-CV-05056-RJB<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT** |

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**

Plaintiff, Jennifer L. Boje, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all causes of action in the complaint against defendant United States of America with prejudice.

///

//

/

PLAINTIFF'S NOTICE OF DISMISSAL OF
COMPLAINT - 1
(3:21-CV-05056-RJB)

Harold D. Carr, P.S.
4239 Martin Way E.
Olympia WA 98516
(360) 455-0030
Fax (360) 455-0031

United States of America has not appeared and has not filed either an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

        HAROLD D. CARR, P.S.

By: _____
Adam C. Cox, WSBA #35677
Attorney for Plaintiff
Harold D. Carr, P.S.
10136 Bridgeport Way SW
Lakewood, WA 98499
P: 253-365-6565
F: 253-365-6350
Email: adam@haroldcarrattorney.com

PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT - 2
(3:21-CV-05056-RJB)

Harold D. Carr, P.S.
4239 Martin Way E.
Olympia WA 98516
(360) 455-0030
Fax (360) 455-0031

# CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States of America and a resident of the State of Washington, am over the age of twenty-one years, am not a party to this action, and am competent to be a witness herein.

Pursuant to Fed. R. Civ. P. 5(b) and RCW 9A.72.085, I hereby certify that on the I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following

***Counsel for Defendant:***
N/A

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 28th day of June, 2021, at Lakewood, Washington.

_____
Bethany Rutherford, Paralegal
Harold D. Carr, P.S.
10136 Bridgeport Way SW
Lakewood, WA 98499
P: 253-365-6565
F: 253-365-6350
Email: Bethany@haroldcarrattorney.com

PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT - 3
(3:21-CV-05056-RJB)

Harold D. Carr, P.S.
4239 Martin Way E.
Olympia WA 98516
(360) 455-0030
Fax (360) 455-0031